UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22846-CIV-O'SULLIVAN
[CONSENT]

JUAN OLIVA, and all others similarly
situated under 29 U.S.C. § 216(B),
    Plaintiff,
vs.

AMTEC, LLC, MICHAEL JOHNSON and
LINDA JOHNSON,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court sua sponte. Having been advised that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, May 3, 2010**, at **9:45 a.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

DONE AND ORDERED in Chambers at Miami, Florida this **26th** day of April, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record